UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ontek, — Civil File No: 19-CV-0963 (KPF)

    Plaintiff,

v.

Port Authority Trans-Hudson Corporation
and Deluxe Delivery Systems, Inc.,

**ORDER FOR DISMISSAL**

    Defendants.

Pursuant to the Stipulation of the parties (Doc. No. 69), IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Date: March 4, 2020
New York, New York

_____
The Honorable Katherine Polk Failla
U.S. District Court Judge

8769021